**Derek N. JARVIS, Plaintiff—Appellant,**

v.

**Deborah K. CHASANOW, Chief Judge, U.S. District Court for the District of Maryland; Charles B. Day, Magistrate Judge, U.S. District Court for the District of Maryland; Peter J. Messitte, Judge, U.S. District Court for the District of Maryland; United States District Court Clerk's Office; Traxler, Chief Judge, U.S. Court of Appeals for the Fourth Circuit; Wilkinson, Circuit Judge, U.S. Court of Appeals for the Fourth Circuit; Niemeyer, Circuit Judge, U.S. Court of Appeals for the Fourth Circuit; AGEE, Circuit Judge, U.S. Court of Appeals for the Fourth Circuit, Defendants—Appellees.**

No. 11–1249.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 4, 2011.

Derek N. Jarvis, Appellant Pro Se.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jarvis v. Chasanow*, No. 8:11–cv–00627–AW (D.Md. Mar. 15, 2011); *see Briscoe v. LaHue*, 460 U.S. 325, 335, 103 S.Ct. 1108, 75 L.Ed.2d 96 (1983) (noting that quasi-judicial immunity accorded to individuals who play integral part in judicial process); *Johnson v. Turner*, 125 F.3d 324, 332 (6th Cir.1997) (finding clerk's office employees, acting as a judge's designee, are entitled to quasi-judicial immunity). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*